FILED

2023 Feb-17  PM 06:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **YULANDA McCRUTER,** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| **vs.** | § **Case No.:** |
| | § |
| **THE CITY OF TUSCALOOSA AL, a municipal corporation, JENNIFER JACKSON, Individually and in her capacity as A police officer of Tuscaloosa, Alabama; Officers Taylor and Hall individually and in their official capacities as police officer for Tuscaloosa, Alabama, and John Doe and Jane Doe fictitious parties who are presently unknown but meaning any and all police officers and jailers who arrested Plaintiff on or about January 28, 2021 for Criminal Trespass in Tuscaloosa, Alabama, To wit:** | § § § § § § § § § § § § § § § § § § |
| | § |
| **Defendants.** | § |

## <u>NOTICE OF REMOVAL</u>

To the Judges of the United States District Court for the Northern District of Alabama, Western Division:

COMES NOW the Defendant City of Tuscaloosa and submits this Notice of Removal from the Circuit Court of Tuscaloosa County, Alabama, to the United

States District Court for the Northern District of Alabama, Western Division. The City of Tuscaloosa is represented by the undersigned counsel and would respectfully state as follows:

1.    On January 12, 2023, Plaintiff filed a Complaint in the Circuit Court of Tuscaloosa County, Alabama, Case No. CV-2023-900033, alleging the following claims:

   a. Count I – Assault and Battery against Defendants.

   b. Count II – violation of 42 U.S.C. § 1983 against Defendants Jackson, Taylor and Hall in their individual capacities.

   c. Count III – violation of 42 U.S.C. § 1983 against Defendant City of Tuscaloosa.

2.    The City of Tuscaloosa was served with a copy of the Complaint on January 18, 2023.

3.    Deputies Jackson, Taylor and Hall are incorrectly named as "Officers" of the City of Tuscaloosa Police Department, and have yet to be properly served with a copy of the Complaint.

4.    The Alabama SJIS Case Detail Summary and all documents filed in the Circuit Court of Tuscaloosa County, Alabama in the case styled "Yulanda McCruter vs. The City of Tuscaloosa AL, a municipal Corporation, Jennifer Jackson, individually and in her capacity as a police officer of Tuscaloosa, Alabama; Officers

Taylor and Hall individually and in their official capacities as police officer for Tuscaloosa, Alabama, and John Doe and Jane Doe fictitious parties who are presently unknown but meaning any and all police officers and jailers who arrested Plaintiff on or about January 28, 2021 for Criminal Trespass in Tuscaloosa, Alabama, To wit:" Civil Action No. CV-2023-900033" are attached hereto.

5.    This Court has original jurisdiction under 28 U.S.C. § 1331 as Plaintiff's Complaint asserts claims that arise under federal law.  This action is removable pursuant to 28 U.S.C. § 1441(c) because Plaintiff's Complaint asserts claims under 42 U.S.C. § 1983, along with the state law claim for Assault and Battery.

6.    Pursuant to 28 U.S.C. § 1446(s), removal to this Court is proper because the Circuit Court of Tuscaloosa County is within the Northern District of Alabama, Western Division.

7.    In compliance with 28 U.S.C. § 1446(b), this Removal is filed within thirty (30) days after any Defendant first received, through service or otherwise, a copy of the initial pleading setting forth Plaintiff's claims for relief.

8.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Tuscaloosa County, Alabama. A copy of this Notice of Removal and the state court Notice of Filing of Removal are also being served upon counsel for Plaintiff.

WHEREFORE, the Defendants respectfully file this Notice of Removal pursuant to 28 U.S.C. § 1446, and request that this case be removed from the Circuit Court of Tuscaloosa County, Alabama to the United States Court for the Northern District of Alabama, Wester Division.

**RESPECTFULLY SUBMITTED** this the 17th day of February, 2023.

*/s/ A. COURTNEY CROWDER*
A. Courtney Crowder (asb-4598-d61a)
Attorney for Defendant City of Tuscaloosa

*/s/ KRISTA B. ROACH*
Krista B. Roach (kbr-6912-e15o)
Attorney for Defendants City of Tuscaloosa

OF COUNSEL:
PHELPS, JENKINS, GIBSON & FOWLER, L.L.P.
1201 Greensboro Ave.
Post Office Box 020848
Tuscaloosa, Alabama 35402-0848
Tel. No.: (205) 345-5100
accrowder@pjgf.com
kroach@pjgf.com

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing document upon all counsel of record in this cause by United States mail, postage prepaid thereon, and/or electronic mail, and/or hand delivery, and/or by filing a copy of the foregoing via CM/ECF which will provide electronic notice to all CM/ECF participants.

This the 17th day of February, 2023.

/S/ A. COURTNEY CROWDER
Attorney for Defendants